# Exhibit A

Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALL CHEVROLET, INC.<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Civil Action No. 1:18-cv-15077-JBS-KMW |

**AFFIDAVIT OF DEBRA E. KELLY OF CARMAX AUTO SUPERSTORES, INC.**

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of 18 years and under the obligation of an oath.

2. I am a Paralegal for CarMax Auto Superstores, Inc. ("CarMax") in Richmond, Virginia. I have worked for CarMax for 3 years. CarMax is a used motor vehicle retailer. Until vehicles are ready for delivery to a customer, CarMax maintains its motor vehicle inventory at one of more than 195 locations throughout the United States.

3. Through the regular performance of my work for CarMax, I have become and am familiar with the electronic and hard copy business records that CarMax maintains for tracking the physical locations of the motor vehicles it owns and repairs performed on those motor vehicles. CarMax generates these records at or near the time of the recorded events, and it is the regular practice of CarMax to generate these records. In connection with this affidavit and through my work for CarMax, I examined CarMax's business records and have personal knowledge of the matters stated herein.

4. CarMax received a Subpoena to Produce Documents, Information, or Objects dated April 4, 2019, from General Motors LLC ("GM"), commanding CarMax to produce information

and documents concerning certain vehicles and CarMax's relationship with Mall Chevrolet, Inc. ("Mall") in Cherry Hill, NJ.

5.  As part of that subpoena, GM provided CarMax a list of Vehicle Identification Numbers ("VINs") for 60 vehicles, along with a set of Mall repair orders associated with those 60 VINs. Attached as <u>Exhibit 1</u> is a copy of the list of VINs that GM provided CarMax. GM provided the information in the first five columns setting forth (a) the Repair Order ("RO") number, (b) the last five digits in the Job Card ("JC"), (c) the RO date in, (d) the RO date out, and (e) the VIN reflected in Mall's repair order(s) for each vehicle and asked CarMax to confirm (1) whether Mall repaired each vehicle on the date(s) reflected in Mall's repair order(s) and (2) the physical location of each vehicle on the date(s) reflected in Mall's repair order(s). CarMax then provided the information in the last column setting forth the physical location of each vehicle on the date(s) reflected in Mall's repair orders.

6.  Attached as <u>Exhibit 2</u> is a repair order that GM provided CarMax concerning a 2012 Chevrolet Cruze, VIN 1G1PF5SC6C7341683 – the first vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 2, Mall repaired this Cruze between October 28 and October 31, 2016. CarMax has no record of Mall repairing this Cruze. According to CarMax's records, this Cruze was located at the CarMax store in Norcross, GA, between October 28 and October 31, 2016.

7.  Attached as <u>Exhibit 3</u> is a repair order that GM provided CarMax concerning a 2012 Chevrolet Equinox, VIN 2GNALDEKXC1242842 – the second vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 3, Mall repaired this Equinox on November 16, 2016. CarMax has no record of Mall repairing this Equinox.

GM000021316

According to CarMax's records, this Equinox was located at the CarMax store in Chattanooga, TN, on November 16, 2016.

8. Attached as Exhibit 4 is a repair order that GM provided CarMax concerning a 2012 Chevrolet Equinox, VIN 2GNALBEKXC1199575 – the third vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 4, Mall repaired this Equinox on November 16, 2016. CarMax has no record of Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in Winston-Salem, North Carolina on November 16, 2016.

9. Attached as Exhibit 5 is a repair order that GM provided CarMax concerning a 2012 Chevrolet Equinox, VIN 2GNFLGE51C6223259 – the fourth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 5, Mall repaired this Equinox between November 16 and November 18, 2016. CarMax has no record of Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in Birmingham, AL between November 16 and November 18, 2016.

10. Attached as Exhibit 6 is a repair order that GM provided CarMax concerning a 2012 Chevrolet Traverse, VIN 1GNKVEED0CJ387397 – the fifth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 6, Mall repaired this Traverse between November 16 and November 17, 2016. CarMax has no record of Mall repairing this Traverse. According to CarMax's records, this Traverse was located at the CarMax store in Southlake, GA between November 16 and November 17, 2016.

11. Attached as Exhibit 7 is a repair order that GM provided CarMax concerning a 2013 Chevrolet Equinox, VIN 2GNALBEK9D6358414 – the sixth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 7, Mall repaired

GM000021317

this Equinox between November 21 and November 22, 2016. CarMax has no record of Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in Norcross, GA between November 21 and November 22, 2016.

12. Attached as Exhibit 8 is a repair order that GM provided CarMax concerning a 2013 Chevrolet Equinox, VIN 2GNALDEK0D6432850 – the seventh vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 8, Mall repaired this Equinox between December 9 and December 19, 2016. CarMax has no record of Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in Greenville, SC between December 9 and December 19, 2016.

13. Attached as Exhibit 9 is a repair order that GM provided CarMax concerning a 2012 Chevrolet Traverse, VIN 1GNKVJED7CJ134988 – the eighth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 9, Mall repaired this Traverse between December 9 and December 10, 2016. CarMax has no record of Mall repairing this Traverse. According to CarMax's records, this Traverse was located at the CarMax store in Cool Springs, TN between December 9 and December 10, 2016.

14. Attached as Exhibit 10 is a repair order that GM provided CarMax concerning a 2012 GMC Acadia, VIN 1GKKRRED5CJ214614 – the tenth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 10, Mall repaired this Acadia between December 14 and December 15, 2016. CarMax has no record of Mall repairing this Acadia. According to CarMax's records, this Acadia was located at the CarMax store in Roswell, GA between December 14 and December 15, 2016.

15. Attached as Exhibit 11 is a repair order that GM provided CarMax concerning a 2013 Chevrolet Tahoe, VIN 1GNSCCE08DR378585 – the eleventh vehicle on GM's list of VINs.

GM000021318

CarMax is identified as the customer on this repair order. According to Exhibit 11, Mall repaired this Tahoe between December 14 and December 15, 2016. CarMax has no record of Mall repairing this Tahoe. According to CarMax's records, this Tahoe was located at the CarMax store in Greenville, SC between December 14 and December 15, 2016.

16. Attached as Exhibit 12 is a repair order that GM provided CarMax concerning a 2012 Chevrolet Traverse, VIN 1GNKVGED9CJ333222 – the twelfth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 12, Mall repaired this Traverse between December 14 and December 16, 2016. CarMax has no record of Mall repairing this Traverse. According to CarMax's records, this Traverse was located at the CarMax store in King of Prussia, PA between December 14 and December 16, 2016.

17. Attached as Exhibit 13 is a repair order that GM provided CarMax concerning a 2012 Chevrolet Equinox, VIN 2GNFLEE51C6343566 – the thirteenth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 13, Mall repaired this Equinox on December 19, 2016. CarMax has no record of Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in Frederick, MD on December 19, 2016.

18. Attached as Exhibit 14 is a repair order that GM provided CarMax concerning a 2013 Chevrolet Suburban, VIN 1GNSKKE72DR145702 – the fourteenth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 14, Mall repaired this Suburban on December 19, 2016. CarMax has no record of Mall repairing this Suburban. According to CarMax's records, this Suburban was located at the CarMax store in Richmond, VA on December 19, 2016.

GM000021319

19. Attached as <u>Exhibit 15</u> is a repair order that GM provided CarMax concerning a 2013 Chevrolet Equinox LT, VIN 2GNALDEK9D6362796 – the fifteenth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 15, Mall repaired this Equinox on December 20, 2016. CarMax has no record of Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in Brandywine, MD on December 20, 2016.

20. Attached as <u>Exhibit 16</u> is a repair order that GM provided CarMax concerning a 2012 GMC Acadia, VIN 1GKKVRED9CJ232917 – the sixteenth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 16, Mall repaired this Acadia between December 22, 2016 and January 2, 2017. CarMax has no record of Mall repairing this Acadia. According to CarMax's records, this Acadia was located at the CarMax store in Lancaster, PA between December 22, 2016 and January 4, 2017.

21. Attached as <u>Exhibit 17</u> is a repair order that GM provided CarMax concerning a 2014 Chevrolet Traverse, VIN 1GNKVFED0EJ340556 – the seventeenth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 17, Mall repaired this Traverse between December 22, 2016 and January 5, 2017. CarMax has no record of Mall repairing this Traverse. According to CarMax's records, this Traverse was located at the CarMax store in King of Prussia, PA between December 22, 2016 and January 5, 2017.

22. Attached as <u>Exhibit 18</u> is a repair order that GM provided CarMax concerning a 2012 Chevrolet Equinox, VIN 2GNALPEK7C1318180 – the eighteenth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 18, Mall repaired this Equinox between December 27 and December 28, 2016. CarMax has no record of

6

Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in Ellicott City, MD between December 27 and December 28, 2016.

23. Attached as <u>Exhibit 19</u> is a repair order that GM provided CarMax concerning a 2012 Chevrolet Equinox, VIN 2GNFLEE53C6284441 – the nineteenth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 19, Mall repaired this Equinox between December 27, 2016 and January 5, 2017. CarMax has no record of Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in Laurel, MD between December 27, 2016 and January 5, 2017.

24. Attached as <u>Exhibit 20</u> is a repair order that GM provided CarMax concerning a 2012 GMC Acadia, VIN 1GKKVTED2CJ303842 – the twentieth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 20, Mall repaired this Acadia between January 3 and January 12, 2017. CarMax has no record of Mall repairing this Acadia. According to CarMax's records, this Acadia was located at the CarMax store in Rochester, NY between January 3 and January 12, 2017.

25. Attached as <u>Exhibit 21</u> is a repair order that GM provided CarMax concerning a 2012 Chevrolet Traverse, VIN 1GNKVFED2CJ338644 – the twenty-first vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 21, Mall repaired this Traverse between January 3 and January 6, 2017. CarMax has no record of Mall repairing this Traverse. According to CarMax's records, this Traverse was located at the CarMax store in Newark, DE between January 3 and January 6, 2017.

26. Attached as <u>Exhibit 22</u> is a repair order that GM provided CarMax concerning a 2014 Chevrolet Traverse, VIN 1GNKVJKD5EJ164949 – the twenty-second vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 22, Mall

repaired this Traverse between January 3 and January 12, 2017. CarMax has no record of Mall repairing this Traverse. According to CarMax's records, this Traverse was located at the CarMax store in King of Prussia, PA between January 3 and January 12, 2017.

27. Attached as Exhibit 23 is a repair order that GM provided CarMax concerning a 2013 Chevrolet Equinox, VIN 2GNFLGE31D6316377 – the twenty-fourth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 23, Mall repaired this Equinox between January 16 and January 24, 2017. CarMax has no record of Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in Newark, DE between January 16 and January 24, 2017.

28. Attached as Exhibit 24 is a repair order that GM provided CarMax concerning a 2013 Chevrolet Equinox, VIN 2GNFLEE31D6367415 – the twenty-seventh vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 24, Mall repaired this Equinox on January 27, 2017. CarMax has no record of Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in White Marsh, MD on January 27, 2017.

29. Attached as Exhibit 25 is a repair order that GM provided CarMax concerning a 2013 Chevrolet Silverado, VIN 3GCUCUEJ7DG130571 – the twenty-eighth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 25, Mall repaired this Silverado between January 31 and March 1, 2017. CarMax has no record of Mall repairing this Silverado. According to CarMax's records, this Silverado was located at the CarMax store in Norcross, GA between January 31 and March 1, 2017.

30. Attached as Exhibit 26 is a repair order that GM provided CarMax concerning a 2013 Cadillac Escalade, VIN 1GYS4DEF0DR250500 – the twenty-ninth vehicle on GM's list of

GM000021322

VINs. CarMax is identified as the customer on this repair order. According to Exhibit 26, Mall repaired this Escalade on February 9, 2017. CarMax has no record of Mall repairing this Escalade. According to CarMax's records, this Escalade was located at the CarMax store in Winston-Salem, NC on February 9, 2017.

31. Attached as Exhibit 27 is a repair order that GM provided CarMax concerning a 2014 Buick Lacrosse, VIN 1G4GB5G30EF145402 – the thirtieth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 27, Mall repaired this Lacrosse between February 10 and February 16, 2017. CarMax has no record of Mall repairing this Lacrosse. According to CarMax's records, this Lacrosse was located at the CarMax store in Mechanicsburg, PA between February 10 and February 16, 2017.

32. Attached as Exhibit 28 is a repair order that GM provided CarMax concerning a 2012 Chevrolet Traverse, VIN 1GNKVFEDXCJ409413 – the thirty-second vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 28, Mall repaired this Traverse between February 13 and February 15, 2017. CarMax has no record of Mall repairing this Traverse. According to CarMax's records, this Traverse was located at the CarMax store in Frederick, MD between February 13 and February 15, 2017.

33. Attached as Exhibit 29 is a repair order that GM provided CarMax concerning a 2012 Chevrolet Traverse, VIN 1GNKRJED1CJ351764 – the thirty-third vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 29, Mall repaired this Traverse between February 13 and February 14, 2017. CarMax has no record of Mall repairing this Traverse. According to CarMax's records, this Traverse was located at the CarMax store in Frederick, MD between February 13 and February 14, 2017.

GM000021323

34. Attached as Exhibit 30 is a repair order that GM provided CarMax concerning a 2014 Chevrolet Camaro, VIN 2G1FC1E35E9140318 – the thirty-fifth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 30, Mall repaired this Camaro between February 24 and March 9, 2017. CarMax has no record of Mall repairing this Camaro. According to CarMax's records, this Camaro was located at the CarMax store in Mechanicsburg, PA between February 24 and March 9, 2017.

35. Attached as Exhibit 31 is a repair order that GM provided CarMax concerning a 2014 Chevrolet Camaro, VIN 2G1FB1E37E9255540 – the thirty-eighth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 31, Mall repaired this Camaro between March 8 and March 15, 2017. CarMax has no record of Mall repairing this Camaro. According to CarMax's records, this Camaro was located at the CarMax store in King of Prussia, PA between March 8 and March 15, 2017.

36. Attached as Exhibit 32 is a repair order that GM provided CarMax concerning a 2014 Chevrolet Camaro, VIN 2G1FA1E37E9123056 – the thirty-ninth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 32, Mall repaired this Camaro between March 8 and March 15, 2017. CarMax has no record of Mall repairing this Camaro. According to CarMax's records, this Camaro was located at the CarMax store in Newark, DE between March 8 and March 15, 2017.

37. Attached as Exhibit 33 is a repair order that GM provided CarMax concerning a 2013 Chevrolet Camaro, VIN 2G1FE1E3XD9169581 – the fortieth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 33, Mall repaired this Camaro between March 8 and March 15, 2017. CarMax has no record of Mall repairing this

GM000021324

Camaro. According to CarMax's records, this Camaro was located at the CarMax store in Potomac Mills, VA between March 8 and March 15, 2017.

38.     Attached as <u>Exhibit 34</u> is a repair order that GM provided CarMax concerning a 2015 Chevrolet Tahoe, VIN 1GNSKBKC9FR609332 – the forty-first vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 34, Mall repaired this Tahoe between March 8 and March 31, 2017. CarMax has no record of Mall repairing this Tahoe. According to CarMax's records, this Tahoe was located at the CarMax store in Bristol, TN between March 8 and March 31, 2017.

39.     Attached as <u>Exhibit 35</u> is a repair order that GM provided CarMax concerning a 2013 Chevrolet Express, VIN 1GNSGCF47D1113628 – the forty-second vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 35, Mall repaired this Express between March 10 and March 13, 2017. CarMax has no record of Mall repairing this Express. According to CarMax's records, this Express was located at the CarMax store in Denver, CO between March 10 and March 13, 2017.

40.     Attached as <u>Exhibit 36</u> is a repair order that GM provided CarMax concerning a 2014 Cadillac Escalade, VIN 1GYS4KEF5ER132321 – the forty-third vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 36, Mall repaired this Escalade between March 17 and March 21, 2017. CarMax has no record of Mall repairing this Escalade. According to CarMax's records, this Escalade was located at the CarMax store in Brandywine, MD between March 17 and March 21, 2017.

41.     Attached as <u>Exhibit 37</u> is a repair order that GM provided CarMax concerning a 2014 Cadillac Escalade, VIN 1GYS4CEF2ER129236 – the forty-fifth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 37, Mall

GM000021325

repaired this Escalade between March 20 and March 21, 2017. CarMax has no record of Mall repairing this Escalade. According to CarMax's records, this Escalade was located at the CarMax store in Dulles, VA between March 20 and March 21, 2017.

42. Attached as Exhibit 38 is a repair order that GM provided CarMax concerning a 2014 Chevrolet Equinox, VIN 2GNALAEK9E6245638 – the forty-sixth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 38, Mall repaired this Equinox on March 20, 2017. CarMax has no record of Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in Lancaster, PA on March 20, 2017.

43. Attached as Exhibit 39 is a repair order that GM provided CarMax concerning a 2014 Chevrolet Equinox, VIN 2GNALAEK7E6263233 – the forty-seventh vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 39, Mall repaired this Equinox between March 20 and March 22, 2017. CarMax has no record of Mall repairing this Equinox. According to CarMax's records, this Equinox was located at the CarMax store in King of Prussia, PA between March 20 and March 22, 2017.

44. Attached as Exhibit 40 is a repair order that GM provided CarMax concerning a 2015 Chevrolet Tahoe, VIN 1GNSKCKC2FR103296 – the forty-eighth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 40, Mall repaired this Tahoe between March 28 and March 30, 2017. CarMax has no record of Mall repairing this Tahoe. According to CarMax's records, this Tahoe was located at the CarMax store in Dulles, VA between March 28 and March 30, 2017.

45. Attached as Exhibit 41 is a repair order that GM provided CarMax concerning a 2014 Cadillac Escalade, VIN 1GYS4KEF4ER131600 – the forty-ninth vehicle on GM's list of

GM000021326


VINs. CarMax is identified as the customer on this repair order. According to Exhibit 41, Mall repaired this Escalade on March 28, 2017. CarMax has no record of Mall repairing this Escalade. According to CarMax's records, this Escalade was located at the CarMax store in Norwood, MA on March 28, 2017.

46. Attached as Exhibit 42 is a repair order that GM provided CarMax concerning a 2015 Chevrolet Tahoe, VIN 1GNSKBKCXFR529635 – the fiftieth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 42, Mall repaired this Tahoe between March 28 and March 29, 2017. CarMax has no record of Mall repairing this Tahoe. According to CarMax's records, this Tahoe was located at the CarMax store in Dayton, OH between March 28 and March 29, 2017.

47. Attached as Exhibit 43 is a repair order that GM provided CarMax concerning a 2013 GMC Terrain, VIN 2GKFLVEK5D6249534 – the fifty-second vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 43, Mall repaired this Terrain between April 3 and April 4, 2017. CarMax has no record of Mall repairing this Terrain. According to CarMax's records, this Terrain was located at the CarMax store in King of Prussia, PA between April 3 and April 4, 2017.

48. Attached as Exhibit 44 is a repair order that GM provided CarMax concerning a 2012 GMC Terrain, VIN 2GKFLVEK0C6308827 – the fifty-third vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 44, Mall repaired this Terrain between April 3 and April 5, 2017. CarMax has no record of Mall repairing this Terrain. According to CarMax's records, this Terrain was located at the CarMax store in White Marsh, MD between April 3 and April 5, 2017.

GM000021327

49. Attached as <u>Exhibit 45</u> is a repair order that GM provided CarMax concerning a 2016 Chevrolet Tahoe, VIN 1GNSKBKC6GR276623 – the fifty-fourth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 45, Mall repaired this Tahoe between April 6 and April 11, 2017. CarMax has no record of Mall repairing this Tahoe. According to CarMax's records, this Tahoe was located at the CarMax store in Charlotte, NC between April 6 and April 11, 2017.

50. Attached as <u>Exhibit 46</u> is a repair order that GM provided CarMax concerning a 2013 GMC Terrain, VIN 2GKALSEK4D6379166 – the fifty-fifth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 46, Mall repaired this Terrain between April 7 and April 12, 2017. CarMax has no record of Mall repairing this Terrain. According to CarMax's records, this Terrain was located at the CarMax store in White Marsh, MD between April 7 and April 12, 2017.

51. Attached as <u>Exhibit 47</u> is a repair order that GM provided CarMax concerning a 2013 GMC Terrain, VIN 2GKALSEKXD6413787 – the fifty-sixth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 47, Mall repaired this Terrain between April 7 and April 10, 2017. CarMax has no record of Mall repairing this Terrain. According to CarMax's records, this Terrain was located at the CarMax store in Gaithersburg, MD between April 7 and April 10, 2017.

52. Attached as <u>Exhibit 48</u> is a repair order that GM provided CarMax concerning a 2013 GMC Terrain, VIN 2GKFLVEK4D6221479 – the fifty-seventh vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 48, Mall repaired this Terrain between April 12 and April 13, 2017. CarMax has no record of Mall repairing

GM000021328

this Terrain. According to CarMax's records, this Terrain was located at the CarMax store in Raleigh, NC between April 12 and April 13, 2017.

53. Attached as Exhibit 49 is a repair order that GM provided CarMax concerning a 2013 GMC Terrain, VIN 2GKALYEK0D6118068 – the fifty-eighth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 49, Mall repaired this Terrain between April 12 and April 13, 2017. CarMax has no record of Mall repairing this Terrain. According to CarMax's records, this Terrain was located at the CarMax store in Columbus, OH between April 12 and April 13, 2017.

54. Attached as Exhibit 50 is a repair order that GM provided CarMax concerning a 2013 GMC Terrain, VIN 2GKFLREKXD6428255 – the sixtieth vehicle on GM's list of VINs. CarMax is identified as the customer on this repair order. According to Exhibit 50, Mall repaired this Terrain between April 18 and April 21, 2017. CarMax has no record of Mall repairing this Terrain. According to CarMax's records, this Terrain was located at the CarMax store in Raleigh, NC between April 18 and April 21, 2017.

FURTHER THE AFFIANT SAYETH NOT.

_____
Debra E. Kelly
Paralegal
CarMax Auto Superstores, Inc.

Commonwealth of Virginia    )
                            ) ss.
County of Henrico           )

Signed and sworn to (or affirmed) before me on September 25, 2019 by Lisa Mondejar, Legal Administrative Assistant, of CarMax Auto Superstores, Inc.

_____ (Stamp or Seal)
Notary Public
My commission expires: 7/31/20

[Notary Seal: LISA ANN MONDEJAR, NOTARY PUBLIC, REG # 218987, MY COMMISSION EXPIRES 7/31/2020, COMMONWEALTH OF VIRGINIA]

GM000021329