# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5274

Writer's e-mail
jacohen@seyfarth.com

October 29, 2019

**VIA ECF**

Honorable Karen M. Williams
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050, Courtroom 5C
Camden, NJ 08101

      Re:    *Mall Chevrolet, Inc. v. General Motors LLC*,
              **Civil Action No. 1:18-cv-15077-JBS-KMW**

Dear Judge Williams:

    We represent General Motors LLC ("GM") in this action.  As indicated in Footnote 1 of our Letter Requesting Leave to Take Two Additional Depositions (Dkt. 51), attached to this filing are Exhibits 1 – 34 to the Affidavit of Robert Wright of Carvana, LLC. (Dkt. 51-2).

    Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          SEYFARTH SHAW LLP

                                          */s/ Jeremy A. Cohen*

Enclosures

cc:    All counsel of record (via ECF)

WASHINGTON, D.C.  SYDNEY  SHANGHAI  SAN FRANCISCO  SACRAMENTO  NEW YORK  MELBOURNE  LOS ANGELES  LONDON  HOUSTON  HONG KONG  CHICAGO  BOSTON  ATLANTA