**Exhibit 1**

# Exhibit 1

GM000021562

| Repair Order Number | RO Date In | RO Date Out | Last 5 of JC | VIN | Location During RO Dates | Repairing Dealer | Notes |
|---|---|---|---|---|---|---|---|
| 05-73016 | 8/1/2016 | 8/25/2016 | 73016 | 1GKKVRED6CJ345904 | Sent to repair facility from Delanco NJ, IC | Mall Chevrolet | **BODY MODULE ISSUE - MALL CHEVY** |
| 05-74019 | 8/17/2016 | 8/22/2016 | 74019 | 1G4PR5SK8D4202658 | Sent to repair facility from Delanco, NJ IC | Mall Chevrolet | **RECALL - MALL CHEVY** |
| 05-74386 | 8/23/2016 | 8/24/2016 | 74386 | 1GKKRTKD3EJ106304 | Blue Mound, TX IC | | DIFFERENT IC |
| 05-74544 | 8/25/2016 | 8/31/2016 | 74544 | 2GKALUEK8E6371097 | Winder, GA IC | | DIFFERENT IC |
| 05-74581 | 8/26/2016 | 8/31/2016 | 74581 | 1GKS1EEF4DR205262 | Blue Mound, TX IC | | DIFFERENT IC |
| 05-74624 | 8/26/2016 | 8/31/2016 | 74624 | 5GAKRBKD3DJ224164 | Blue Mound, TX IC | | DIFFERENT IC |
| 05-74959 | 9/1/2016 | 9/2/2016 | 74959 | 1GNSKBE0XDR367603 | Winder, GA IC | | DIFFERENT IC |
| 05-75281 | 9/7/2016 | 9/16/2016 | 75281 | 1G6AH5RX5D0131962 | Delanco, NJ IC | | **HUMMING NOISE** |
| 05-75763 | 9/14/2016 | 10/3/2016 | 75763 | 1GKS2CE05CR131541 | Stockbridge/Winder, GA IC | External paint, no dealer listed | **DEALER - NO DESCRIPTION** |
| 05-75776 | 9/14/2016 | 9/16/2016 | 75776 | 1GNKVLKD6DJ228507 | Winder, GA IC | | DIFFERENT IC |
| 05-75779 | 9/14/2016 | 9/17/2016 | 75779 | 1GNKVFKD1DJ122886 | Delanco, NJ IC | | **NO SUBLET** |
| 05-76168 | 9/19/2016 | 9/20/2016 | 76168 | KL4CJCSB9EB732112 | Sent to repair facility from Delanco, NJ IC | Mall Chevrolet | **RECALL - MALL CHEVY** |
| 05-76848 | 9/28/2016 | 10/3/2016 | 76848 | 1GNKRGKD6DJ112526 | Winder, GA IC | | DIFFERENT IC |
| 05-77030 | 9/30/2016 | 9/30/2016 | 77030 | 1GKKRRKD4DJ198430 | Delanco, NJ IC | | **NO SUBLET** |
| 05-77042 | 9/30/2016 | 9/30/2016 | 77042 | 1GKKVPKD3DJ138882 | Stockbridge/Winder, GA IC | | DIFFERENT IC |
| 05-77119 | 10/3/2016 | 10/13/2016 | 77119 | 2GKALUEK4C6322623 | Blue Mound, TX IC | | DIFFERENT IC |
| 05-77126 | 10/3/2016 | 10/11/2016 | 77126 | 1GKKRNED7DJ160971 | Stockbridge/Winder, GA IC | | **NO SUBLET** |
| 05-77128 | 10/3/2016 | 10/5/2016 | 77128 | 1GNKRGKD3DJ211997 | Winder, GA IC | | DIFFERENT IC |
| 05-77159 | 10/3/2016 | 10/12/2016 | 77159 | 1GNSCBKC4FR157481 | Sent to repair facility from Winder, GA IC | Paintless dent repair- no dealer listed | DIFFERENT IC - DEALER SUBLET |
| 05-77427 | 10/6/2016 | 10/7/2016 | 77427 | 1GNKRGKD8DJ232635 | Delanco, NJ IC | | **NO SUBLET** |
| 05-77703 | 10/11/2016 | 10/11/2016 | 77703 | 1GNKRLKD7DJ261696 | Blue Mound, TX IC | | DIFFERENT IC |
| 05-77709 | 10/11/2016 | 10/11/2016 | 77709 | 2GKALUEK6C6365344 | Blue Mound, TX IC | | DIFFERENT IC |
| 05-78405 | 10/19/2016 | 10/20/2016 | 78405 | 1GKKRSKD9DJ181730 | Winder, GA IC | | DIFFERENT IC |
| 05-78612 | 10/21/2016 | 10/21/2016 | 78612 | 2GKALSEK8D6114850 | Sent to repair facility from Blue Mound, TX IC | Sublet paintless dent repair- no dealer listed | DIFFERENT IC - RECALL |
| 05-78615 | 10/21/2016 | 10/26/2016 | 78615 | 1GKKRPKD2DJ246026 | Sent to repair facility from Winder, GA IC | Paintless dent repair- no dealer listed | DIFFERENT IC |
| 05-78944 | 10/26/2016 | 10/31/2016 | 78944 | 2GNFLEEK3C6269671 | Sent to repair facility from Blue Mound, TX IC | External roof paint, no dealer listed | DIFFERENT IC |
| 05-79109 | 10/28/2016 | 10/29/2016 | 79109 | 1GKKRRKD3DJ253983 | Winder, GA IC | | DIFFERENT IC |
| 05-79157 | 10/28/2016 | 10/31/2016 | 79157 | 2GKALUEK5C6343206 | No Vehicle Found | No Vehicle Found | DRIVETIME VEHICLE |
| 05-79399 | 11/2/2016 | 11/2/2016 | 79399 | KL4CJBSB9EB782020 | Sent to repair facility from Delanco, NJ IC | External dent repair- no dealer listed | **RECALL** |
| 05-79440 | 11/2/2016 | 11/5/2016 | 79440 | 2GNALAEK8E6197100 | Winder, GA IC | | DIFFERENT IC |
| 05-79494 | 11/3/2016 | 11/3/2016 | 79494 | 1GNKRFED7DJ175382 | Winder, GA IC | | DIFFERENT IC |

CVNA000469

GM000021563

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05-80044 | 11/11/2016 | 11/11/2016 | 80044 | 1GNKRFED3DJ268321 | Sent to repair facility from Winder, GA IC | Paintless dent repair, glass repair- no dealer listed | DIFFERENT IC |
| 05-80313 | 11/15/2016 | 11/15/2016 | 80313 | 1G1YB3D78F5106075 | Winder, GA IC | | DIFFERENT IC |
| 05-80350 | 11/16/2016 | 11/18/2016 | 80350 | 2G1FB3D33D9210297 | Delanco, NJ IC | External recall- no dealer listed | **RECALL** |
| 05-83822 | 1/10/2017 | 1/10/2017 | 83822 | 1GNSKCKC2FR119093 | Blue Mound, TX IC | | DIFFERENT IC |
| 05-84273 | 1/18/2017 | 1/23/2017 | 84273 | 1GKKVTKDXEJ209764 | Sent to repair facility from Delanco, NJ IC | Airbag light and service side detection- no dealer listed | **AIRBAG LIGHT / SERVICE SIDE DETECTION** |
| 05-85319 | 2/3/2017 | 2/3/2017 | 85319 | 2G1WB5E34G1112537 | No Vehicle Found | No Vehicle Found | NO VEHICLE IN IMS |
| 05-85670 | 2/8/2017 | 2/8/2017 | 85670 | 1GKKRTKD2EJ270952 | Blue Mound, TX IC | | DIFFERENT IC |
| 05-85703 | 2/9/2017 | 2/9/2017 | 85703 | 1G1ZE5ST0GF206108 | Sent to repair facility from Winder, GA IC | Issue with remote start- no dealer listed | DIFFERENT IC |
| 05-86354 | 2/21/2017 | 2/28/2017 | 86354 | 2GKALUEK3E6132976 | Winder, GA IC | | DIFFERENT IC |
| 05-86356 | 2/21/2017 | 2/21/2017 | 86356 | 2GKFLZE32E6136609 | Winder, GA IC | | DIFFERENT IC |
| 05-86357 | 2/21/2017 | 2/28/2017 | 86357 | 2GKFLZE39E6295241 | Delanco, NJ IC | | **NO SUBLET** |
| 05-86659 | 2/24/2017 | 3/1/2017 | 86659 | 1GNALAEK9EZ107053 | Trade-In, Winder, GA IC directly to wholesale | Not Found | NO VEHICLE IN IMS |
| 05-90114 | 4/21/2017 | 4/26/2017 | 90114 | 1GNKVLKDXDJ188707 | No Vehicle Found | No Vehicle Found | NO VEHICLE IN IMS |

CVNA000470

GM000021564