**BROWN & CONNERY, LLP**
William M. Tambussi, Esq. (ID No. 031431983)
Jonathan L. Triantos, Esq. (ID No. 210172016)
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for the Plaintiff,*
*Mall Chevrolet, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALL CHEVROLET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Civil No.: 1:18-cv-15077-JRP-KMW |

# NOTICE OF APPEAL

TO: Clerk
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**
Mitchell H. Cohen Building & U.S. Courthouse
1 John F. Gerry Plaza
Fourth and Cooper Streets
Camden, New Jersey 08101

Jeremy A. Cohen, Esq.
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018
*Attorneys for the Defendant,*
*General Motors LLC*

James C. McGrath, Esq.
Michael A. Kippins, Esq.
**SEYFARTH SHAW LLP**
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
*Attorneys for the Defendant,*
*General Motors LLC*

**PLEASE TAKE NOTICE** that the Plaintiff, Mall Chevrolet, Inc. ("Mall"), hereby appeals to the United States Court of Appeals for the Third Circuit from:

(1) the Final Judgment/Order entered in this action on June 23, 2021 granting the Defendant, General Motors LLC's ("GM's"), Motion for Summary Judgment on Count V (ECF No. 185, Order; ECF No. 184, Opinion);

(2) the Order entered in this action on February 8, 2021 denying Mall's Motion for Summary Judgment on Count I, denying Mall's Motion to

Supplement the Summary Judgment Record, granting GM's Cross-Motion for Summary Judgment on Counts I, II, III, VI, VII, and Punitive Damages, granting GM's Motion *in Limine* to Preclude Evidence of Damages, and granting GM's Motion to Strike Mall's Jury Demand (ECF No. 159, Order; ECF No. 158, Opinion);

(3) the Order entered in this action on September 24, 2020 denying Mall's Motion *in Limine* to Bar Documents and Information Obtained by GM from Third-Party Entities After the Notice of Termination (ECF No. 117, Order); and

(4) the Order entered in this action on November 6, 2019 granting GM's Request to Take the Third-Party Depositions of CarMax, Carvana, and DriveTime and denying Mall's Request to File its Proposed Motion to Quash the Third-Party Deposition Subpoenas Issued to CarMax, Carvana, and DriveTime and/or for a Protective Order (ECF No. 58, Order).

**PLEASE TAKE FURTHER NOTICE** that Mall intends to petition the United States Court of Appeals for the Third Circuit to certify several controlling questions of state law to the Supreme Court of New Jersey pursuant to Third Circuit Local Appellate Rule 110.1 and New Jersey Court Rule 2:12A-1.

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for the Plaintiff,*
*Mall Chevrolet, Inc.*

Dated: July 6, 2021

By: s/ *Jonathan L. Triantos*
William M. Tambussi, Esq.
Jonathan L. Triantos, Esq.
360 Haddon Avenue
Westmont, New Jersey 08108
Phone: (856) 854-8900
Fax: (856) 858-4967
Email: wtambussi@brownconnery.com
Email: jtriantos@brownconnery.com

# **CERTIFICATE OF SERVICE**

I, Jonathan L. Triantos, Esquire, being of full age, hereby certify as follows:

1. I am an attorney with the law firm of Brown & Connery, LLP, counsel for the Plaintiff, Mall Chevrolet, Inc. ("Mall"), in the above-captioned matter. I have personal knowledge of the facts set forth herein.

2. I caused a copy of the foregoing Notice of Appeal to be served, in the manner indicated below, to the following:

Clerk
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**
Mitchell H. Cohen Building & U.S. Courthouse
1 John F. Gerry Plaza
Fourth and Cooper Streets
Camden, New Jersey 08101
(*Via ECF*)

Jeremy A. Cohen, Esq.
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018
(*Via ECF*)

James C. McGrath, Esq.
Michael A. Kippins, Esq.
**SEYFARTH SHAW LLP**
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
(*Via ECF*)

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for the Plaintiff,*
*Mall Chevrolet, Inc.*

Dated: July 6, 2021

By: s/ *Jonathan L. Triantos*
Jonathan L. Triantos, Esq.